UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| DAVID MITCHELL BLACKBURN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:26-CV-47-HAI |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| FRANK BISIGNANO, | ) | |
| *Commissioner of Social Security*, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In conformity with the Memorandum Opinion and Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is vacated and remanded to the Commissioner for further proceedings. This action is **STRICKEN** from the active docket of the Court.

This the 17th day of June, 2026.

**Signed By:**

*Hanly A. Ingram*

**United States Magistrate Judge**